ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  rebekkah.bodoff@akerman.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSARIO V. ASUNCION,<br><br>              Plaintiff,<br>vs.<br><br>SPECIALIZED LOAN SERVICING, INC.; CITIBANK, N.A., AS TRUSTEE FOR THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR3; BANK OF AMERICA, N.A., successor-by-merger to BAC HOME LOANS SERVICING, LP f.k.a. COUNTRYWIDE HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY, N.A.; and DOES I-X inclusive,<br><br>              Defendants. | Case No.: 2:13-cv-02307-GMN-CWH<br><br><br><br>NOTICE OF DISASSOCIATION |

Specialized Loan Servicing, Inc. provides notice that Allison R Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **Specialized Loan Servicing, Inc.,** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Specialzed Loan Servicing** and requests ARIEL E. STERN, ESQ., and Rebekkah B. Bodoff, ESQ. receive all future notices.

///

///

{40386809;1}                                                                    1

Respectfully submitted, this 10th day of January, 2017.

AKERMAN LLP

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH B. BODOFF, ESQ
Nevada Bar No.12703
1160 Town Center Drive, Suite 330
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  rebekkah.bodoff@akerman.com

*Attorneys for Defendants*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 1/11/17

_____
UNITED STATES MAGISTRATE JUDGE

{40386809;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 10th day of January, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

Michael S Terry
Terry Law Group, P.C.
1061 East Flamingo Road
Suite 7
Las Vegas, NV 89119

/s/ Renee Livingston
An employee of AKERMAN LLP

{40386809;1}                                    3